AO 442

19-2540 SAG

Case 1:19-mj-02540-SAG   Document 1   Filed 07/31/19   Page 1 of 1

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

SEALED

PLEASE RECEIPT AND RETURN

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| Larry Coates (2) | Case Number: 19-CR-2441-WQH-2 |

**NOT FOR PUBLIC VIEW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Larry Coates (2)___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

charging him or her with (brief description of offense):
21:841(a)(1),846 - Conspiracy to Distribute Cocaine
18:1956(h),1956(a)(1)(A),(a)(1)(B) - Conspiracy to Launder Money
21:853,18:982 - Criminal Forfeiture

FILED   ENTERED
LOGGED   RECEIVED

JUL 31 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

2019 JUN 28   PM 12:20
U.S. ___ S/CA

In violation of Title ___See Above___ United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ A. Smith   A. SMITH | 6/28/19   San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ ___No Bail___ by ___The Honorable Barbara L. Major___
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |