IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA *

vs. * Case No. 19-2540SAG

*

LARRY COATES *

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _Andrew Szekely – AFPD_, and the Government was represented by Assistant United States Attorney _Jeffry Izant_, it is

**ORDERED**, this 31st day of July 2019, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

Stephanie A. Gallagher
United States Magistrate Judge

FILED _____ ENTERED
LOGGED _____ RECEIVED

JUL 31 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement